IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| TRALON T. BAILEY, | § | |
| | § | No. 356, 2016 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1008005435 |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: October 14, 2016
Decided: October 21, 2016

## O R D E R

This 21st day of October 2016, it appears to the Court that on September 26, 2016, the Chief Deputy Clerk issued a notice directing the appellant, Tralon T. Bailey, to show cause why this appeal should not be dismissed for Bailey's failure to file a motion to proceed *in forma pauperis* or pay the filing fee for the appeal by July 27, 2016, and to file the opening brief that was due on September 12, 2016. Bailey has not responded to the notice to show cause within the required ten-day period. As a result, dismissal of the appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

  /s/   James T. Vaughn, Jr.  
Justice